for plaintiffs. *Carroll, Kelly & Murphy, Dennis S. Baluch*, for defendants.

Appeal No. 77-16. PETER FLORI *d/b/a* HOPE CONCRETE MASON CO. *v.* ALLSTATE INSURANCE CO. Defendant's petition to reargue or, in the alternative, to amend the opinion filed in this case on July 20, 1978, is denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Boren*, for plaintiff. *Higgins, Cavanagh & Cooney, Kenneth P. Borden*, for defendant.

Appeal No. 78-257. PHILIP M. HAK *v.* ESTATE OF ELEANOR L. BERTOLINI. Defendant's motion to dismiss plaintiff's appeal is granted. *Thomas F. Almeida*, for plaintiff. *James F. McCoy*, for defendant.

September 28, 1978.

M. P. No. 76-212. WASHINGTON PARK CITIZENS ASSO-CIATION, INC. *et al. v.* BUILDING BOARD OF REVIEW, CITY OF PROVIDENCE. Petitioners' motion to reargue is granted and this case is assigned to the November, 1978 calendar for oral argument. *Robert B. Mann*, for petitioners. *Swan, Jenckes, Asquith & Davis, Henry M. Swan*, for respondent.

M. P. No. 78-250. ARAM K. BERBERIAN *v.* STATE BOARD OF ELECTIONS. Petitioner having failed to comply with the provisions of Supreme Court Rule 13, the petition for writ of certiorari is denied. *Aram K. Berberian*, pro se, petitioner. *Julius C. Michaelson*, Attorney General, *J. Peter Doherty*, Special Assistant Attorney General, for respondent.